UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT, | Case No. 2:21-cv-01627-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| RENEE C. DAY, *et al.*, | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2021, plaintiff was directed to pay the filing fee or submit an application to proceed *in forma pauperis*. Plaintiff has now filed a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of her jail trust account statement for the six-month period immediately preceding the filing of the complaint and obtained the certification required on the application form. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy of her jail trust account statement in support of her application to proceed *in forma pauperis*.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of her prison trust account statement for the six-month period immediately preceding the filing of

the complaint and the certification required on the application form.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated:   November 5, 2021                                       
                                         JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE

2