UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT, | Case No. 2:21-cv-01627-JDP (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PAY THE FILING FEE |
| v. | |
| RENEE C. DAY, *et al.*, | OBJECTIONS DUE WITHIN FOURTEEN DAYS |
| Defendants. | |

On November 8, 2021, I ordered plaintiff to submit, within thirty days, both a completed application to proceed *in forma pauperis* and a certified copy of her jail trust account statement.[1] ECF No. 5. I warned her that failure to comply with that order would result in a recommendation that this action be dismissed. *Id*. The deadline has passed, and plaintiff has not submitted a completed application to proceed *in forma pauperis* nor otherwise responded to the November 8 order.

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

---

[1] Plaintiff previously submitted an application to proceed *in forma pauperis*. ECF No. 4. However, it was incomplete, largely unintelligible, and was not accompanied by a certified trust account statement. Accordingly, she was directed to submit a completed application and a certified copy of her trust account statement.

1

Further, it is RECOMMENDED that:

1. This action be dismissed for failure pay the filing fee; and

2. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court.  Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   December 28, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE